

# IN THE
# TENTH COURT OF APPEALS

### No. 10-20-00057-CR
### No. 10-20-00058-CR
### No. 10-20-00059-CR
### No. 10-20-00060-CR

**FELICIA ANNE BROUSSARD MULKEY,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 12th District Court
### Madison County, Texas
### Trial Court No. 18-13136, Trial Court No. 18-13060,
### Trial Court No. 18-13056 and Trial Court No. 18-13134

## MEMORANDUM OPINION

On February 6, 2020, Felicia Anne Broussard Mulkey filed a *pro se* notice of appeal of her convictions for continuous sexual abuse of a young child, possession of child pornography (two convictions), and aggravated sexual assault. Mulkey's imposition of sentence in each case was on November 18, 2019, and the judgments of conviction were each signed the same day. Mulkey's notice of appeal of each conviction is therefore

untimely, and we have no jurisdiction of an untimely appeal. *See* TEX. R. APP. P. 26.2(a); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of appeal is untimely). An untimely motion for new trial does not extend the deadline for filing a notice of appeal. *See* TEX. R. APP. P. 21.4(a), 26.2(b); *Mendez v. State*, 914 S.W.2d 579, 580 (Tex. Crim. App. 1996). For the reasons stated, these appeals are dismissed.

Notwithstanding that we are dismissing these appeals, Mulkey may file a motion for rehearing with this Court within 15 days after the opinion and judgment in each case are rendered if she believes the opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Mulkey desires to have the opinion and judgment of this Court in each case reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2(a).


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Dismissed
Opinion delivered and filed March 4, 2020
Do not publish
[CRPM]

